UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TAWN BURNLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:20-CV-1043-PPS-MGG |
| | ) |
| HOTEL MANAGEMENT | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff, Tawn Burnley, and Defendant, Hotel Management Services, filed a Stipulation of Dismissal With Prejudice [DE 56], stipulating to the dismissal of this cause. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 56] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this cause of action in its entirety **WITH PREJUDICE**. Each party will bear their own costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

SO ORDERED.

ENTERED: February 8, 2024.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**